## NEELY v. THE STATE.

(Decided June 1, 1916.)

APPEAL from Jackson Circuit Court.

Heard before Hon. W. W. HARALSON.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, ·P. J.—Appeal dismissed on authority of *Sanders v. State, infra,* 70 South. 949.

---

## MARKS v. THE STATE.

(Decided May 30, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. H. P. HEFLIN.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

EVANS, J.—No bill of exceptions in the record, and the record appearing in all things regular, the cause is affirmed.

---

## CLAY v. THE STATE.

(Decided May 30, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

EVANS, J.—Affirmed on authority of *Sis Mitchell v. State, infra,* 71 South. 982.

---

## STURDIVANT v. THE STATE.

(Decided May 30, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

EVANS, J.—The record is in all things regular, and the time for filing the bill of exceptions having expired, the cause is affirmed.